**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

MORGAN DAVIS                                                                                        PLAINTIFF

v.                                            4:20CV01299-BRW-JTK

GRAY, et al.                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 17th day of December, 2020.

                                             Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE